

# Fourth Court of Appeals
## San Antonio, Texas

January 15, 2014

No. 04-13-00292-CR

Armando **SIMON**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 290th Judicial District Court, Bexar County, Texas
Trial Court No. 2010-CR-2132
Honorable Melisa Skinner, Judge Presiding

**ORDER**

    In accordance with this court's opinion of this date, we GRANT appellate counsel's motion to withdraw, and we ABATE the appeal to the trial court for the appointment of new appellate counsel. The trial court is ORDERED to, within fifteen (15) days from the date of this order, appoint new appellate counsel to present all arguable grounds of error, including but not limited to the non-frivolous ground noted in our opinion. The trial court clerk is ORDERED to prepare and file a supplemental clerk's record containing the trial court's order appointing new appellate counsel within thirty (30) days from the date of this order.

    It is so **ORDERED** on January 15, 2014.

_____
Rebecca C. Martinez, Justice

    IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 15th day of January, 2014.

_____
Keith E. Hottle, Clerk